IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

United States of America,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 13-cv-734-bbc

Ricky D. Petty,

    Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that petitioners Ricky D. Petty's motion for post conviction relief under U.S.C.§ 2255 is

DENIED.

| S/ Peter Oppeneer | 11/15/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |