United States District Court
For The Western District Of
Wisconsin

No. 13-cv-734-bbc

United States,
        Plaintiff,

        v.

Ricky Petty,
        Defendant

Notice Of Appeal

Notice Is Hereby Given That Ricky
Petty, Defendant, Hereby Appeal To The
U.S. Court Of Appeals For The Seventh
Circuit From The Final Judgment Denying
His 28 U.S.C. §1331 Motion Entered In
This Action On The 24th Day Of October,
2013.

        /s/ _____

2013 DEC -5 AM 10: 28
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED