United States District Court
For The Western District Of
Wisconsin

No. 13-cv-734-bbc

United States,
    Plaintiffs

v.

Ricky Petty,
    Defendant

DOC NO
REC'D/FILED
2013 DEC -5 AM 10:28
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Notice Of Appeal

Notice Is Hereby Given That Ricky Petty, Defendant, Hereby Appeal To The U.S. Court Of Appeals For The Seventh Circuit From The Final Judgment Denying His 28 U.S.C. §1331 Motion Entered In This Action On The 24th Day Of October, 2013.

/S/ _____